IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYS EAGLET SALAZAR, SR.,

        Petitioner,                    No. 2: 11-0762 KJN P

    vs.

CHARLES BELL, et al.,

        Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner alleges that he is being held on an "illegal parole hold" at San Quentin State Prison. Records from the California Department of Corrections and Rehabilitation ("CDCR") indicate that petitioner is no longer incarcerated in a California prison. However, petitioner has not filed a notice of change of address.

////
////
////
////
////

1

1     Accordingly, IT IS HEREBY ORDERED that within twenty-eight days of the
2 date of this order, petitioner shall file a notice of change of address; failure to respond to this
3 order will result in a recommendation of dismissal of this action.
4 DATED: April 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sal762.100