IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYS EAGLET SALAZAR, SR.,

    Petitioner,                    No. 2: 11-cv-0762 KJN P

    vs.

CHARLES BELL et al.,

    Respondents.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 15, 2011, the court granted petitioner twenty-eight days to file a notice of change of address. Twenty-eight days passed and petitioner did not respond to the April 15, 2011 order.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed for his failure to comply with the April 15, 2011 order.

DATED: June 1, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

sal762.osc