IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYS EAGLET SALAZAR, SR., | |
| Petitioner, | No. 2: 11-cv-0762 KJN P |
| vs. | |
| CHARLES BELL, et al., | <u>ORDER AND</u> |
| Respondents. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| _____/ | |

   Petitioner is a state prisoner proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 15, 2011, the court granted petitioner twenty-eight days to file a notice of change of address.  Twenty-eight days passed and petitioner did not respond to the April 15, 2011 order.  Accordingly, on June 2, 2011, the court ordered petitioner to show cause within fourteen days why this action should not be dismissed for his failure to comply with the April 15, 2011 order.  Fourteen days passed and petitioner did not respond to the June 2, 2011 order.

   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this action; and

   IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

1

1  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 23, 2011

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sal762.156